UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>U.S. ATTORNEY GENERAL, et al.,<br><br>　　　　　　　Respondents. | No. 2:18-cv-1123 CKD P<br><br><br><br>ORDER |

　　　　Petitioner, proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. In his application, petitioner challenges his indefinite detention as a result of proceedings initiated by U.S. Citizenship and Immigration Services. Petitioner is being detained in Miami. Generally speaking, a writ of habeas corpus sought pursuant to 28 U.S.C. § 2241 can only issue from a court having jurisdiction over the person being detained. U.S. v. Giddings, 740 F.2d 770, 772 (9th Cir. 1984). This being the case, and in the interest of justice, the court will transfer this action to the Southern District of Florida. See 28 U.S.C. § 1404.

/////
/////
/////
/////
/////

1

Accordingly, IT IS HEREBY ORDERED that this action is transferred to the United States District Court for the Southern District of Florida.

Dated: May 14, 2018

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

mehm1123.109